LAW OFFICES OF ANTHONY L. COVIELLO, LLC
307 Montgomery Street
Bloomfield, New Jersey 07003
973-748-4600
Attorney(s) for Plaintiff(s)
Our File No.: 201921

| *Plaintiff(s)* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY |
|---|---|
| CHANITA MASSENBERG-MEDINA | DOCKET NO.: |
| vs. | *Civil Action* |
| WALTER HICKS; CELADON TRUCKING SERVICES, INC.L ABC CORPORATIONS 1-5 (name being fictitious) | COMPLAINT<br>and<br>JURY DEMAND |
| *Defendant(s)* | |

Plaintiff, CHANITA MASSENBERG-MEDINA, residing at 611 Chestnut Street, in the Township of Union, County of Essex, and State of New Jersey, by way of complaint against the defendants above says:

### FIRST COUNT

1. On or about January 15, 2020, the plaintiff, CHANITA MASSENBERG-MEDINA, was operating her automobile in a reasonable and careful manner on a public roadway in the City of Irvington, State of New Jersey.

2. At the aforementioned time and place the defendants, CELADON TRUKING SERVICES, INC., (hereinafter "CELADON") and/or ABC CORPORATIONS 1-5 (name being fictitious but used to describe any person or entity with ownership, control, management or supervision of a 2015 Volvo with Indiana plate 2347346), which vehicle was being operated in a careless, reckless and negligent manner by the defendant, WALTER HICKS, as the agent, servant or employee of CELADON and/or ABC CORPORATIONS 1-5(name being fictitious).

3. As a proximate result of the negligence of defendant, WALTER HICKS, the vehicles did collide.

4. As a direct and proximate result of the negligence of the defendant, WALTER HICKS, the plaintiff sustained severe, grievous and permanent injuries for which she brings this lawsuit.

**WHEREFORE**, Plaintiff, CHANITA MASSENBERG-MEDINA, demands judgement against the defendants, CELADON TRUKING SERVICES, INC; ABC CORPORATIONS 1-5 (name being fictitious) ; and WALTER HICKS, jointly and severally, individually and collectively, for compensatory damages, together with counsel fees, interest and costs of suit.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Anthony L. Coviello, Esq., is hereby designated trial counsel in the within matter.

### JURY DEMAND

Plaintiff herein demands a trial by jury as to all issues and counts of the complaint.

LAW OFFICES OF ANTHONY L. COVIELLO, LLC<br>
Attorneys for Plaintiff<br><br>
BY: _____<br>
ANTHONY L. COVIELLO

Dated: January 22, 2021

### RULE 4:5-1 CERTIFICATION

1. I am the attorney for the plaintiff in the foregoing complaint.

2. The matter in controversy is not the subject of any pending arbitration proceeding or other action and no arbitration proceeding is contemplated in the future.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LAW OFFICES OF ANTHONY L. COVIELLO, LLC<br>
Attorneys for Plaintiff(s)<br><br>
BY: _____<br>
ANTHONY L. COVIELLO

DATED: January 22, 2021

<u>**Appendix XII-B1**</u>

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: | ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| ANTHONY L. COVIELLO, ESQ. | (973) 748-4600 | Essex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| LAW OFFICES OF ANTHONY L. COVIELLO, LLC | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 307 MONTGOMERY STREET<br>BLOOMFIELD, NJ 07003 | COMPLAINT |
| | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| CHANITA MASSENBERG-MEDINA | CHANITA MASSENBER-MEDINA v. WALTER HICKS; CELADON TRUKING SERVICES, INC; JOHN DOES 1-5, et als |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 603Y | ☐ YES  ■ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☐ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain) |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ NO |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 10/10/2018, CN 10517                                                                                          page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

**Track III - 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 289  REGLAN
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA
- 624  STRYKER LFIT CoCr V40 FEMORAL HEADS
- 625  FIREFIGHTER HEARING LOSS LITIGATION
- 626  ABILIFY
- 627  PHYSIOMESH FLEXIBLE COMPOSITE MESH
- 628  TAXOTERE/DOCETAXEL
- 629  ZOSTAVAX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**     ☐ Putative Class Action     ☐ Title 59

LAW OFFICES OF ANTHONY L. COVIELLO, LLC
307 Montgomery Street
Bloomfield, New Jersey 07003
973-748-4600
Attorney(s) for Plaintiff(s)
Attorney Bar ID No.: 022471981

|  |  |
|---|---|
| *Plaintiff(s)* <br><br> CHANITA MASSENBERG-MEDINA <br><br> vs. <br><br> WALTER HICKS; CELADON TRUCKING SERVICES, INC.; A&S SERVICES GROUP, LLC; ABC CORPORATIONS 2-5 (name being fictitious) <br><br><br> *Defendant(s)* | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: ESSEX COUNTY <br><br> DOCKET NO.: ESX-L-3903-21 <br><br> *Civil Action* <br> **SECOND AMENDED COMPLAINT** <br> **and** <br> **JURY DEMAND** |

Plaintiff, CHANITA MASSENBERG-MEDINA, residing at 611 Chestnut Street, in the Township of Union, County of Essex, and State of New Jersey, by way of complaint against the defendants above says:

### FIRST COUNT

1. On or about January 15, 2020, the plaintiff, CHANITA MASSENBERG-MEDINA, was operating her automobile in a reasonable and careful manner on a public roadway in the City of Irvington, State of New Jersey.

2. At the aforementioned time and place the defendants, WALTER HICKS and/or CELADON TRUCKING SERVICES, INC., ( hereinafter "CELADON"), A&S SERVICES GROUP, LLC., and/or ABC CORPORATIONS 1-5 (name being fictitious but used to describe any person or entity with ownership, control, management or supervision of a 2015 Volvo with Indiana plate 2347346 or truck trailer being hauled by the said WALTER HICKS), which vehicle was being operated in a careless, reckless and negligent manner by the defendant, WALTER HICKS, as the agent, servant or employee of CELADON, A&S SERVICES GROUP, LLC., and/or ABC CORPORATIONS 1-5 (name being fictitious).

3. As a proximate result of the negligence of defendant, WALTER HICKS, the vehicles did collide.

4. As a direct and proximate result of the negligence of the defendant, WALTER HICKS, the plaintiff sustained severe, grievous and permanent injuries for which she brings this lawsuit.

WHEREFORE, Plaintiff, CHANITA MASSENBERG-MEDINA, demands judgement against the defendants, WALTER HICKS and/or CELADON TRUCKING SERVICES, INC; A&S SERVICES GROUP, LLC.; ABC CORPORATIONS 1-5 (name being fictitious) ; and WALTER HICKS, jointly and severally, individually and collectively, for compensatory damages, together with counsel fees, interest and costs of suit.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Anthony L. Coviello, Esq., is hereby designated trial counsel in the within matter.

## JURY DEMAND

Plaintiff herein demands a trial by jury as to all issues and counts of the complaint.

LAW OFFICES OF ANTHONY L. COVIELLO, LLC
Attorneys for Plaintiff

BY: _____
ANTHONY L. COVIELLO

Dated: January 14, 2022

## RULE 4:5-1 CERTIFICATION

1. I am the attorney for the plaintiff in the foregoing complaint.

2. The matter in controversy is not the subject of any pending arbitration proceeding or other action and no arbitration proceeding is contemplated in the future.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LAW OFFICES OF ANTHONY L. COVIELLO, LLC
Attorneys for Plaintiff(s)

BY: _____
ANTHONY L. COVIELLO

DATED: January 14, 2022